[No. 55469-7-I.   Division One.   July 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY CALHOUN, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 134 Wn. App. 84-95, has not been published in this permanent bound volume pursuant to an order of the Supreme Court dated December 6, 2006, 158 Wn.2d 1019, remanding the case to the Court of Appeals and an order of the Court of Appeals dated May 31, 2007 withdrawing the opinion. A substitute unpublished opinion was filed on April 23, 2007. See 138 Wn. App. 1011.